GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant United States Attorney
State Bar No.: 024193
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUN -2  PM 5: 42

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>vs.<br><br>Alex Escobar-Marroquin,<br><br>                              Defendant. | **CR21-01222 TUC-JCH(EJM)**<br><br>**I N D I C T M E N T**<br><br>Violation:<br>    8 U.S.C. § 1326(a)<br><br>(Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about May 9, 2021, in the District of Arizona, to wit: at or near Three Points, Alex Escobar-Marroquin, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Alexandria, Louisiana, on or about March 5, 2021, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security

/ / /

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY

Dated:     JUN 0 2 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/ S /

KEVIN D. SCHIFF
Assistant United States Attorney

*United States of America v. Alex Escobar-Marroquin*
*Indictment Page 2 of 2*